UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

REESE C. ELMORE, )
 )
    Plaintiff, )
 )
v. ) No. 3:16-CV-239-HBG
 )
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
 )
    Defendant. )

## ORDER

For reasons stated in the Memorandum Opinion entered contemporaneously herewith, the Plaintiff's Motion for Summary Judgment [**Doc. 12**] is **DENIED**, and the Commissioner's Motion for Summary Judgment [**Doc. 14**] is **GRANTED**. Accordingly, the Court **DISMISSES** this action and **DIRECTS** the Clerk of Court to **CLOSE** this case.

    IT IS SO ORDERED.

                              ENTER:

                              */s/ Bruce Guyton*
                              United States Magistrate Judge